# MCLAUGHLIN & STERN, LLP
### FOUNDED 1898

**BRETT R. GALLAWAY**
Partner
bgallaway@mclaughlinstern.com
(212) 448-1100

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

MILLBROOK, NEW YORK
GREAT NECK, NEW YORK
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA

July 13, 2020

*SO ORDERED*

**Via ECF**
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

JUL 1 4 2020

The July 23, 2020 conference is
adjourned to August 20, 2020 at
9:30 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS

Re:  Adjournment of Upcoming July 23, 2020 Initial Conference in
*Professional CRNA Services, PLLC, et al. v. TIVA Healthcare, Inc.*
1:19-cv-11298 (GBD)

Dear Judge Daniels:

This firm is counsel to Plaintiffs in the above-referenced action. Pursuant to Your Honor's Individual Rule II.C., we write to request an adjournment of the upcoming July 23, 2020 initial conference in this matter.

Plaintiffs request this adjournment as I am lead chair for an upcoming video bench trial (*Chain, et al. v. Land Air Express of New England, LTD, et al*, 16-cv-3371), which is scheduled to start on July 20th. This upcoming trial is scheduled to take place over the entire week of July 20, 2020 and will thus conflict with the initial conference in this matter as currently scheduled. We therefore request that the initial conference be adjourned to August 17, 2020, or to such date and time thereafter as may be convenient for the Court.

Defendant's counsel consents to this adjournment, which does not affect any other scheduled dates. This is the parties' second request for such an adjournment. Defendant requested a 90-day continuation of all matters in this case on April 23, 2020, *see* Dkt. No. 20; and Plaintiffs consented, instead, to a 60-day continuation of all matters in this case. *See* Dkt. No. 21. By Order dated April 27, 2020, this Court granted Defendant's letter motion and closed its motion for a continuance, adjourning the initial conference to its current date, July 23, 2020. *See* Dkt. No. 22.

We sincerely thank the Court in advance for its time and consideration with regard to this request.

Respectfully Submitted,

Brett R. Gallaway

Cc via ECF: Defendant's counsel