UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

PROFESSIONAL CRNA SERVICES, PLLC;
CLYDE D. CASIMIRO,

                 Plaintiffs,

-against-

TIVA HEALTHCARE, INC.,

                 Defendant.

------------------------------------X

ORDER

19 Civ. 11298 (GBD)

GEORGE B. DANIELS, District Judge:

    The August 20, 2020 initial conference is adjourned to December 3, 2020 at 9:30 a.m.

Dated: August 6, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE